# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
In re                                      :        Chapter 11
                                           :
Potomac Disposal Services of Virginia, LLC,:        Case No. 10-11238 (SMB)
                                           :
                    Debtor.                :
------------------------------------------------------x
```

# SCHEDULES OF ASSETS AND LIABILITIES

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

Attorneys for the Debtors and
Debtors in Possession

*These notes (the "<u>Global Notes</u>") regarding the Debtors' Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statements of Financial Affairs (the "<u>SOFAs</u>," and together with the Schedules, the "<u>Bankruptcy Schedules</u>") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.*

1. Management ("**Management**") of the debtor in the above-captioned chapter 11 case and its affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**")[1] has prepared unaudited Bankruptcy Schedules pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). Except where otherwise noted, the information provided herein is as of the close of business on January 31, 2010. The chapter 11 cases of the Debtors are jointly administered, pursuant to an order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), dated March 12, 2010. While Management has made every reasonable effort to ensure that the Debtors' Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Bankruptcy Schedules. Moreover, because the Bankruptcy Schedules contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Bankruptcy Schedules are complete or accurate.

2. The Debtors reserve the right to amend the Bankruptcy Schedules in all respects as may be necessary or appropriate, including, but not limited to, the right to assert offsets or defenses to, or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Bankruptcy Schedules shall constitute a waiver of the Debtors' rights with respect to these chapter 11 cases, and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.

3. The Bankruptcy Schedules are a reflection of the assets and liabilities as recorded in the Debtors' books and records and, therefore, may not be an accurate reflection of all of the Debtors' potential liabilities.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) 9304 D'Arcy, LLC (9577); (ii) Advanced Enterprises Recycling, Inc. (9105); (iii) Ameriwaste, LLC (6130); (iv) Ashland Investments, LLC (7823); (v) Big Run Coal and Clay Company, Inc. (3540); (vi) BR Landfill, LLC (9154); (vii) BR Property Holdings, Inc. (2700); (viii) Capels Landfill, LLC (8598); (ix) Curtis Creek Recovery Systems, Inc. (9429); (x) Doremus Ave Recycling and Transfer, LLC (3439); (xi) EnviroSolutions Holdings, Inc. (4890); (xii) EnviroSolutions Leasing, LLC (8801); (xiii) EnviroSolutions Logistics, LLC (9595); (xiv) EnviroSolutions of New York, LLC (7737); (xv) EnviroSolutions Real Property Holdings, Inc. (9014); (xvi) EnviroSolutions, Inc. (8726); (xvii) ETW, LLC (0832); (xviii) Furnace Associates, Inc. (3247); (xix) Potomac Disposal Services of Virginia, LLC (9877); (xx) Potomac Disposal Services of Virginia Real Property Holdings, LLC (7998); (xxi) River Cities Disposal, LLC (3920); (xxii) Solid Waste Transfer and Recycling, Inc. (6151); and (xxiii) STI Roll-Off, LLC (7081). The Debtors' executive headquarters' address is 11220 Asset Loop, Suite 201, Manassas, VA 20109.

4.  Some of the Debtors' scheduled assets and liabilities are unliquidated or of unknown value at this time. In such cases, the amounts are listed as "undetermined." Accordingly, the Schedules may not accurately reflect the aggregate amount of the Debtors' current assets and liabilities.

5.  The preparation of the Bankruptcy Schedules required Management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and the reported amounts of expenses during the reporting period. Actual results could differ from those estimates. Without prior notice, the Debtors may amend their Bankruptcy Schedules as they deem necessary and appropriate to reflect material changes, if any, that arise during the pendency of their chapter 11 cases. In addition, the Debtors reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

6.  Given the differences between the information requested in the Bankruptcy Schedules and the financial information utilized under accounting principles generally accepted in the United States of America ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Bankruptcy Schedules do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.  Schedule A of the Debtors' Schedules reflects the net book value of each real property asset.

8.  For purposes of each Debtor's Schedule B, the values listed for each of the bank account balances are as of March 10, 2010. The value of accounts receivable and security deposits listed are as of January 31, 2010.

9.  The bank account balances listed in each Debtor's Schedule B are inclusive of outstanding negotiables that have been issued by the Debtors but not yet cashed by the recipient of such negotiables (i.e., Schedule B reflects bank cash).

10. With respect to each Debtor's Schedule B, question 3, the information on security deposits does not include prepayments that are held by certain third parties on account of services provided to such Debtor in the ordinary course of their businesses.

11. Schedule B, question 13, of each Debtor's Schedules identifies such Debtor's direct ownership interests in any subsidiary, but does not list any subsidiary that the Debtor may own indirectly. All such ownership interests are listed as having an undetermined value. Amounts related to the investment in consolidated subsidiaries exclude equity earnings (or losses) because those earnings (or losses) are typically eliminated in consolidation. These equity earnings (or losses) related to investments in consolidated subsidiaries are also excluded from SOFA, question 2.

12. For purposes of Schedule B, question 16, the value of accounts receivable has been presented net of allowances, if any, made by such Debtor for doubtful accounts. In addition, the value of intercompany accounts receivable is presented as of January 31, 2010.

13. With respect to Schedule B, question 23, the Debtors hold numerous licenses and permits issued by state and local governmental agencies. The value of such licenses and permits is undetermined, at this time, by the Debtors.

14. With respect to Schedule B, question 24, certain of the Debtors may possess personally identifiable information (as defined in 11 U.S.C. § 101(41A)), in their database of information provided by customers of their waste management services. The value of such personally identifiable information is undetermined, at this time, by the Debtors.

15. With respect to Schedule B, question 29, the Debtors own, among other things, collection vehicles, landfill equipment, transfer equipment, rail equipment, containers and compactors, and other operating equipment. Schedule B, question 29, of the Debtors' Schedules includes the value of operating vehicles owned by the Debtors. The value set forth on the Debtors' Schedules reflects the book value of such vehicles. The Debtors categorized such vehicles under Schedule B, question 29, and not Schedule B, question 25, because such vehicles are used by the Debtors in the ordinary course of their businesses.

16. The Debtors take periodic inventories of their raw materials, which include, but are not limited to, oil, fuel, parts and tires (collectively, the "**Raw Materials**"). The dollar amounts of inventory listed in SOFA, question 20 reflect inventories completed as of December 31, 2009, January 4, 2010 and February 1, 2010. The dollar amounts of inventory listed in Schedule B, question 30, reflect the most recent inventory performed for that particular Debtor prior to 1/31/2010. In valuing their inventory, the Debtors utilize the lower of cost (primarily first-in, first-out method) or market. The dollar amounts listed in response to Schedule B, question 30, and SOFA, question 20, represent the aggregate value of all Raw Materials inventoried, using the different methods of valuation.

17. With respect to Schedule D, the information presented includes outstanding letters of credit that have been issued under a credit facility governed by that Credit Agreement, dated as of March 1, 2004 and amended and restated as of July 7, 2005 (as further amended and modified, and together with any ancillary documents, the "**Senior Credit Agreement**") by and among EnviroSolutions Real Property Holdings, Inc. ("**ESRPH**") and each of ESRPH's direct and indirect wholly-owned subsidiaries, as borrowers, Lehman Commercial Paper Inc. as collateral agent, Deutsche Bank Trust Company Americas as administrative agent and certain lenders that are party thereto. Such letters of credit have not been drawn upon.

18. The Debtors have certain outstanding obligations under performance and surety bonds. The Debtors have not listed such performance and surety bonds on either Schedule B or Schedule D.

19. Schedule G reflects information available to the Debtors as of March 10, 2010 (the "**Petition Date**").

20. Pursuant to an order of the Bankruptcy Court dated March 12, 2010, the Debtors are authorized to pay certain prepetition obligations for employee wages, salaries, bonuses and other compensation, reimbursable employee expenses and employee medical and similar benefits. Therefore, related claims held by the Debtors' employees have not been listed on

the Debtors' Schedule E. Similarly, pursuant to an order of the Bankruptcy Court dated March 12, 2010, the Debtors are authorized to pay certain prepetition obligations on account of sales, use and other taxes and regulatory fees. Therefore, related claims held by the Debtors' taxing authorities have not been listed on the Debtors' Schedule E.

21. In the ordinary course of their businesses, the Debtors utilize a centralized cash management system through which certain payments are made through centralized disbursement accounts in the name of a single entity on behalf of its affiliates. These payments have been reported on the Bankruptcy Schedules of the Debtor that owns the disbursement accounts through which such payments were made.

22. Schedule F reflects information available as of the Petition Date, except for intercompany payables that are reflective of the Debtors' balance sheet liabilities and which are presented as of January 31, 2010.

23. The Debtors have not included on their Schedules F secured parties that may have an unsecured deficiency claim; such parties have been listed on Schedules D only. In addition, pursuant to an order of the Bankruptcy Court dated March 12, 2010, the Debtors are authorized to continue various customer programs, including the recycling rebate program, credits for incomplete service and billing adjustments. Accordingly, the Debtors have not included on their Schedules F customers who were issued a credit or rebate prior to the Petition Date, regardless of whether such customers redeemed such creditor or exercised such rebate after the Petition Date. Furthermore, pursuant to an order of the Bankruptcy Court dated March 12, 2010, the Debtors are authorized to pay certain vendors on account of goods delivered and services rendered to the Debtors prepetition. Such vendors are identified on Schedule F as holding contingent claims against the Debtors.

24. The Debtors have numerous customer contracts for waste management services. Such contracts have not been listed on Schedule G due to confidentiality concerns and because of their voluminous nature.

25. All parties to executory contracts, including those listed on Schedule G, may be holders of contingent and unliquidated claims arising from (i) obligations under those executory contracts and/or (ii) rejection damages in the event that executory contract is rejected. Certain of these claims are not listed on Schedule F.

26. For purposes of the Schedules, the Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable. No claims have been scheduled for a Debtor that may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a named party. No claims or executory contracts have been scheduled where payments to third parties were made on a Debtor's behalf for administrative convenience or as a result of the Debtors' cash management system. No claims or executory contracts have been scheduled for which the Debtors have rate agreements in place, but not formal contracts.

27. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all

rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are expressly preserved.

28. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, including supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may also not be set forth on Schedule G. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

29. With respect to Schedule H, ESRPH and each of its direct and indirect wholly-owned subsidiaries are borrowers under the Senior Credit Agreement. EnviroSolutions, Holdings, Inc. (**"Holdings"**), EnviroSolutions, Inc. ("**ESI**") and each of the direct and indirect wholly-owned subsidiaries of ESI are guarantors under the Senior Credit Agreement.

30. With respect to Schedule H, each of the Debtors except Holdings, ESI, BR Landfill, LLC ("**BRL**"), River Cities Disposal, LLC ("**River Cities**") and Big Run Coal and Clay Company, Inc. ("**BRCC**") is a guarantor under the second lien notes, dated as of May, 22, 2008, between ESI, BRL, River Cities and BRCC, as issuers, and certain parties as lenders.

31. With respect to Schedule H, Holdings and each of its direct and indirect wholly-owned subsidiaries except ESRPH is a guarantor under that certain indenture, dated as of July 7, 2005 (together with any ancillary documents) by and among ESRPH as issuer and U.S. Bank National Association as indenture trustee.

32. The Debtors' responses to SOFA, questions 1 and 2, reflect "year to date" information up to and including January 31, 2010.

33. With respect to SOFA, question 2, the majority of the income earned by the Debtors in 2009 and the losses incurred by the Debtors in 2008 other than from the operation of their businesses was derived from the Debtors' sale of used equipment at prices below such equipment's net book value and the Debtors' leasing or subleasing of certain of their properties. With respect to the leases and subleases: (a) ESI subleases the Debtors' previous corporate headquarters in Chantilly, Virginia to AOC Applied Technologies Corporation; and (b) ESI subleases of a portion of the Debtors' current corporate headquarters in Manassas, Virginia to State Farm Mutual Automobile Insurance Company. In addition, ETW, LLC previously subleased a portion of its facility; however, the sublease agreement terminated in June 2009.

34. With respect to SOFA, questions 3(b) and 3(c), in the ordinary course of their businesses, the Debtors utilize a centralized and consolidated cash management system through which certain payments are made from centralized disbursement accounts. These payments have been reported on the Bankruptcy Schedules of the Debtor that owns the disbursement accounts through which such payments were made, notwithstanding that certain payments were made by ESI or ESRPH on behalf of another Debtor.

35. In the interests of protecting individuals' privacy, the Debtors have not included payments made to non-insider employees on account of wages, salaries or commissions in their responses to SOFA question 3(b). Other payments to employees have been included.

36. The Debtors have included in their responses to SOFA question 3(c) payments that may have been made within the past year to individuals that may qualify as "insiders," as defined in the Bankruptcy Code. The information presented in the Debtors' answer to SOFA question 3(c) reflects the change in balance of intercompany transactions between January 31, 2009 through January 31, 2010.

37. With respect to SOFA, questions 3(c) and 23, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such right, claims and defenses are hereby reserved.

38. With respect to SOFA, question 4, the Debtors have made reasonable efforts to accurately record all suits and administrative proceedings of the Debtor that is a party to the action or was a party to the action within the one (1) year immediately preceding the Petition Date. Certain litigation against a particular Debtor may relate to any of the other Debtors.

39. Payments related to professional services rendered to the Debtors in connection with the commencement of their chapter 11 cases have been made on a consolidated basis by ESI in order to provide a comprehensive view of the payments made by the Debtors related to debt counseling or bankruptcy. The payments related to professional services rendered to the Debtors in connection with the commencement of their chapter 11 cases appear only in response to SOFA, question 9, for ESI, although certain payments reported were made by ESRPH.

40. With respect to SOFA, question 10(a), the Debtors do not believe the sale of certain machinery and equipment constitutes a transfer "outside the ordinary course of business" and have provided this data for completeness and informational purposes only.

41. With respect to SOFA, question 12, the information reflected therein does not include the Debtors' lockbox account associated with the Debtors' centralized cash management system.

42. The response to SOFA, question 17(b), by Furnace Associates, Inc., relates to customary testing at waste management facilities pursuant to state regulations. The disclosure contained in SOFA, question 17(b), does not imply that any release of a Hazardous Material in fact occurred and is provided out of an abundance of caution.

43. With respect to SOFA, questions 19(a) and 19(c), because the Debtors report their financial information on a consolidated basis, the books of account and records of all of the Debtors are located at the corporate headquarters of ESI, 11220 Asset Loop, Suite 201, Manassas, Virginia, 20109. In addition, each of the Debtors' operating subsidiaries retained a copy of its books of account and records at the headquarters of such Debtor.

44. With respect to SOFA, question 19(d), the Debtors do not make SEC filings. In the ordinary course, Holdings may have provided financial information to banks, bond holders, customers, suppliers, regulatory authorities, rating agencies and various other interested parties.

45. The Debtors, their Management, agents, officers, directors, employees, representatives, attorneys, restructuring advisors and financial advisors do not guarantee or warrant as to the accuracy and/or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors, their Management, agents, attorneys, restructuring advisors and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys, restructuring advisors and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, restructuring advisors and financial advisors are advised of the possibility of such damages.

# United States Bankruptcy Court

_____ Southern _____ **District Of** New York _____

In re __ Potomac Disposal Services of Virginia, LLC _____ ,
       Debtor

Case No. 10-11238 (SMB) _____

Chapter 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $           0.00 | | |
| B - Personal Property | | 12 | $   25,899,537.04 <br> + undetermined amounts | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $   210,900,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 2 | | $           0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 37 | | $   144,203,767.06 <br> + undetermined amounts | |
| G - Executory Contracts and Unexpired Leases | | 4 | | | |
| H - Codebtors | | 11 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $   N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $   N/A |
| **TOTAL** | | 69 | $   25,899,537.04 <br> + undetermined amounts | $   355,103,767.06 <br> + undetermined amounts | |

In re    Potomac Disposal Services of Virginia, LLC          ,                    Case No.   10-11238 (SMB)
                              Debtor                                                                        (If known)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ▶ | $ 0.00 | |

(Report also on Summary of Schedules.)

In re  **Potomac Disposal Services of Virginia, LLC**_____ ,                                    Case No.  **10-11238 (SMB)**_____
                    **Debtor**                                                                                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached Rider | | $10,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attached Rider | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re  **Potomac Disposal Services of Virginia, LLC**          ,          Case No. **10-11238 (SMB)**
                     **Debtor**                                                          **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attached Rider | | $18,099,690.15 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re  Potomac Disposal Services of Virginia, LLC          ,                    Case No. 10-11238 (SMB)
                        **Debtor**                                                                 **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Attached Rider | | Undetermined |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See Attached Rider | | Undetermined |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer Lists | | Undetermined |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached Rider | | $61,434.69 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Rider | | $7,634,532.58 |
| 30. Inventory. | | See Attached Rider | | $93,279.62 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re  Potomac Disposal Services of Virginia, LLC        ,          Case No. 10-11238 (SMB)
                    **Debtor**                                                        **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 8    continuation sheets attached        Total ▶ | | $ 25,899,537.04 + undetermined amounts |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re: Potomac Disposal Services of Virginia, LLC**

## SCHEDULE B -PERSONAL PROPERTY
### Rider B.3 - Security Deposits

| Deposit | Amount | |
|---|---|---|
| Deposit - CW Albrite | $ | 5,500.00 |
| Deposit - Potmac Mack Sales & Service - 2 FEL Trucks | $ | 5,000.00 |
| | **Total** $ | **10,500.00** |

**In re: Potomac Disposal Services of Virginia, LLC**

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.9 - Interests in Insurance Policies**

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| ACE American Insurance Company | Excess Liability | M00538619 | Undetermined |
| Essex Insurance Company | Rolling Stock Liability | RRP1362-4 | Undetermined |
| Essex Insurance Company | Contingent Railcar Liability | RRGL1088-3 | Undetermined |
| Granite State Insurance Company | Business Automobile | CA 0934550 | Undetermined |
| Indian Harbor Insurance Company | Pollution and Remediation Legal Liability | PEC002166501 | Undetermined |
| National Union Fire Insurance Company | General Liability | GL 4572852 | Undetermined |
| National Union Fire Insurance Company | Business Automobile | CA 4576490 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh, PA | Umbrella Liability | BE 31163445 | Undetermined |
| New Hampshire Insurance Company | Workers' Compensation | WC 006506521 | Undetermined |
| Philadelphia Insurance Companies | Directors' and Officers' Liability | PHSD432192 | Undetermined |
| Travelers Indemnity Company | Property and Boiler & Machinery Liability | KTK-CMB-8496C65-7-09 | Undetermined |
| Zurich American Insurance Company | Crime Liability | FID 9209716 02 | Undetermined |

|  |  | **Total** | **Undetermined** |

**In re: Potomac Disposal Services of Virginia, LLC**

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.16 - Accounts Receivable**

| Description | Value |
|---|---|
| A/R - Accrued Revenue | $ (5,749.00) |
| A/R - Intercompany - Ameriwaste, LLC | $ 197,151.38 |
| A/R - Intercompany - EnviroSolutions Logistics, LLC | $ 48,893.00 |
| A/R - Intercompany - ETW, LLC | $ 2,570,170.06 |
| A/R - Intercompany - Potomac Disposal Services of Virginia Real Property Holdings, LLC | $ 12,475,881.16 |
| A/R - Intercompany - Solid Waste Transfer and Recycling, Inc. | $ 1,797.20 |
| A/R - Trade | $ 2,899,807.22 |
| Allowance for Doubtful Account | $ (88,260.87) |
| **Total** | **$ 18,099,690.15** |

**In re: Potomac Disposal Services of Virginia, LLC**

## SCHEDULE B - PERSONAL PROPERTY
### Rider B.21 - Other Contingent and Unliquidated Claims of Every Nature

| Description | Value |
|---|---|
| Collection Action - Highgrove/Sewan Enterprises, LLC | Undetermined |
| Collection Action - Paz, Fernando dba Demo Solutions Inc. | Undetermined |
| **Total** | **Undetermined** |

**In re: Potomac Disposal Services of Virginia, LLC**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.23 - Licenses, Franchises and Other General Intangibles

| Description | Net Book Value |
|---|---|
| Consulting Agreements | Undetermined |
| Non-Compete Covenants | Undetermined |

|  | **Total** | **Undetermined** |
|---|---|---|

**In re: Potomac Disposal Services of Virginia, LLC**

### SCHEDULE B - PERSONAL PROPERTY
### Rider B.28 - Office Equipment, Furnishings and Supplies

| Description | Net Book Value |
|---|---|
| IS Equipment, Hardware & Software | $ 10,659.51 |
| Office Furniture & Equipment | $ 50,775.18 |
| **Total** | **$ 61,434.69** |

**In re: Potomac Disposal Services of Virginia, LLC**

### SCHEDULE B - PERSONAL PROPERTY
### Rider B.29 - Machinery, Fixtures, Equipment and Supplies used in Business

| Description | Net Book Value |
|---|---|
| Collection Vehicles | $ 5,183,264.09 |
| Containers & Compactors | $ 2,336,172.41 |
| Other Operating Equipment | $ 115,096.08 |
| **Total** | **$ 7,634,532.58** |

**In re: Potomac Disposal Services of Virginia, LLC**

**SCHEDULE B - PERSONAL PROPERTY**
**Rider B.30 - Inventory**

| Description | Net Book Value |
|---|---|
| Fuel Inventory | $ 22,935.95 |
| Parts Inventory | $ 44,303.04 |
| Tires Inventory | $ 26,040.63 |
| **Total** | **$93,279.62** |

In re  Potomac Disposal Services of Virginia, LLC     ,          Case No.  10-11238 (SMB)
                    **Debtor**                                                                      **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                            $136,875.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | | | |

In re  Potomac Disposal Services of Virginia, LLC  ,                    Case No. 10-11238 (SMB)
_____                         _____
                          Debtor                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS AS ADMINISTRATIVE AGENT<br>60 WALL ST<br>NEW YORK, NY 10005 | X | | Prepetition Senior Credit Agreement - Term Loan, Revolving Credity Facility, Letters of Credit and all related UCC filings - Guarantor<br>VALUE $ Undetermined | | | | $210,900,000.00 | Undetermined |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

 _0_  continuation sheets attached

| | | | |
|---|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ 210,900,000.00 | $0.00 |
| Total ▶<br>(Use only on last page) | $ 210,900,000.00 | $0.00<br>+ undetermined amounts |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re __Potomac Disposal Services of Virginia, LLC__ ,          Case No. __10-11238 (SMB)__
                       **Debtor**                                                         **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[x]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]  **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]  **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]  **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re  <u>Potomac Disposal Services of Virginia, LLC</u>  ,                    Case No. <u>10-11238 (SMB)</u>
                        **Debtor**                                                              **(if known)**

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

<u> 0 </u>  **continuation sheets attached**

In re   Potomac Disposal Services of Virginia, LLC    ,          Case No. 10-11238 (SMB)
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> 9304 D' ARCY, LLC <br> 11220 ASSET LOOP, STE 201 <br> MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ACC BUSINESS <br> PO BOX 13136 <br> NEWARK, NJ 07101-5636 | | | Trade Payable | | X | | $2,134.60 |
| ACCOUNT NO. <br><br> ADVANCED ENTERPRISES RECYCLING, INC. <br> 442 FRELINGHUYSEN AVE <br> NEWARK, NJ 07114 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AEC MANAGEMENT SOLUTIONS <br> 901 MAIN STREET, SUITE 4900 <br> DALLAS, TX 75202 | | | Trade Payable | | X | | $100.00 |

Subtotal ▶   $ 2,234.60

_36_ continuation sheets attached

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**　　,　　　　　　　Case No.　**10-11238 (SMB)**　　　　　　　　　
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　 ALBAN TIRE PO BOX 628 SPRINGFIELD, VA 22150 | | | Trade Payable | X | | | $111.93 |
| ACCOUNT NO.　　　　　　　　 ALLIED WASTE SERVICES AKA REPUBLIC SERVICES, INC. 18500 N ALLIED WAY PHOENIX, AZ 85054 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.　　　　　　　　 ALTMED PO BOX 2041 MANASSAS, VA 20108 | | | Trade Payable | | X | | $460.00 |
| ACCOUNT NO.　　　　　　　　 AMERIWASTE, LLC 7130 KIT KAT RD ELKRIDGE, MD 21075 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.　　　　　　　　 AMERIWASTE, LLC 7130 KIT KAT RD ELKRIDGE, MD 21075 | | | Intercompany Payable | | | | $105,677.58 |

Sheet no. _1_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 106,249.51

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,                                Case No.   **10-11238 (SMB)**
                              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARCET EQUIPMENT <br> PO BOX 26269 <br> RICHMOND, VA 23260-6269 | | | Trade Payable | | X | | $658.22 |
| ACCOUNT NO. <br><br> ASHLAND INVESTMENTS, LLC <br> 11220 ASSET LOOP, STE 201 <br> MANASSAS, VA 20109 | | | Intercompany Payable | | | | $393,246.93 |
| ACCOUNT NO. <br><br> ASHLAND INVESTMENTS, LLC <br> 11220 ASSET LOOP, STE 201 <br> MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AUSTIN, JOHN <br> C/O LOCKLIN & MORDHORST, <br> ATTN KEVIN L. LOCKLIN <br> 9253 MOSBY ST, STE 100 <br> MANASSAS, VA 20110 | | | Litigation | X | X | X | Undetermined |

Sheet no.  _2_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 393,905.15

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**          ,          Case No.   **10-11238 (SMB)**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Auto Liability Claim | | | | Undetermined |
| AUSTIN, JOHN C/O LOCKLIN & MORDHORST, ATTN KEVIN L. LOCKLIN 9253 MOSBY ST, STE 100 MANASSAS, VA 20110 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| BACON, SHEILA A. C/O EEOC, ATTN JANET STUMP, ENFORCEMENT SUPERVISOR WASHINGTON FIELD OFFICE 1801 L ST, NW, STE 100 WASHINGTON, DC 20507 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation - Co-Defendant | | | | Undetermined |
| BELL, DAVID C/O CHARLES SEYFARTH LECLAIRE RYAN 951 EAST BYRD ST EIGHTH FLOOR RICHMOND, VA 23219 | | | | X | X | X | |
| ACCOUNT NO. | | | General Liability Insurance Claim | | | | Undetermined |
| BETHEA EXODUS 1418 KEARNEY ST NE WASHINGTON, DC 20017 | | | | X | X | X | |

Sheet no.  _3_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 0.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,          Case No.   **10-11238 (SMB)**
               **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIG RUN COAL AND CLAY COMPANY, INC.<br>1837 RIVER CITIES DR<br>ASHLAND, KY 41102 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BOWMAN BARNES DISTRIBUTION<br>DEPT CH 14079<br>PALATINE, IL 60055-4079 | | | Trade Payable | | X | | $2.72 |
| ACCOUNT NO.<br><br>BR LANDFILL, LLC<br>11220 ASSET LOOP, STE 201<br>MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BR PROPERTY HOLDINGS, INC.<br>11220 ASSET LOOP, STE 201<br>MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRYANT'S CONTAINER SERVICE INC.<br>3724 STONECROFT BOULEVARD<br>CHANTILLY, VA 20151 | | | Trade Payable | | X | | $450.00 |

Sheet no.   4  of   36  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 452.72

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**  ,                    Case No.  **10-11238 (SMB)**
                          **Debtor**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BRYANT'S CONTAINER SERVICES, INC. <br> PO BOX 737 <br> STERLING, VA 20167-0737 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BULL RUN BOOTS <br> 11696 SUDLEY MANOR DRIVE <br> MANASSAS, VA 20109 | | | Trade Payable | X | | | $1,196.77 |
| ACCOUNT NO. <br><br> CAMPBELL, JAMES <br> C/O ROBERT WORST KALBAUGH, PFUND, MESSERSMITH, PC <br> 4031 UNIVERSITY DR <br> SUITE 300 <br> FAIRFAX, VA 22030 | | | Litigation - Co-Defendant, Case No. CL-2007-0007431 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CAMPBELL, JAMES <br> C/O ROBERT WORST KALBAUGH, PFUND, MESSERSMITH, PC <br> 4031 UNIVERSITY DR <br> SUITE 300 <br> FAIRFAX, VA 22030 | | | Litigation - Co-Defendant, Case No. CL-2008-0013685 | X | X | X | Undetermined |

Sheet no.  5  of  36  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,196.77

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**   ,            Case No.  **10-11238 (SMB)**
                      **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CANUSA <br> PO BOX 785216 <br> PHILADELPHIA, PA 19178-5216 | | | Trade Payable | X | | | $431.40 |
| ACCOUNT NO. <br><br> CANUSA HERSMAN OF VIRGINIA LLC <br> 7911 NOTES ROAD <br> MANASSAS, VA 20109 | | | Trade Payable | | | | $253.15 |
| ACCOUNT NO. <br><br> CAPELS LANDFILL, LLC <br> 530 COPPER RIDGE ROAD <br> WELCH, WV 24801 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CAPITAL FIBER <br> 1532 THAMES STREET <br> BALTIMORE, MD 21231 | | | Trade Payable | X | | | $8,783.55 |
| ACCOUNT NO. <br><br> CINACA | | | Environmental Claim | X | X | X | Undetermined |

Sheet no.  _6_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 9,468.10

Total ▶     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**        ,          Case No.   **10-11238 (SMB)**
                       **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CINTAS<br>PO BOX 107<br>MASON, OH 45040-0107 | | | Trade Payable | | | | $1,512.35 |
| ACCOUNT NO.<br><br>CINTAS CORP #145<br>PO BOX 1475<br>CULPEPER, VA 22701 | | | Trade Payable | | | | $3,053.84 |
| ACCOUNT NO.<br><br>CINTAS CORPORATION #2<br>10611-K IRON BRIDGE ROAD<br>JESSUP, MD 20794 | | | Trade Payable | | | | $108.22 |
| ACCOUNT NO.<br><br>CITY OF ALEXANDRIA<br>PO BOX 34745<br>ALEXANDRIA, VA 22334-0745 | | | Trade Payable | X | | | $2,500.00 |
| ACCOUNT NO.<br><br>CITY OF FAIRFAX COUNTY<br>CITY HALL<br>10455 ARMSTRONG ST<br>FAIRFAX, VA 22030 | | | Environmental Claim | X | X | X | Undetermined |

Sheet no.  _7_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 7,174.41

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**        ,        Case No.   **10-11238 (SMB)**
                              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COMMONWEALTH OF VIRGINIA OFFICE OF THE ATTORNEY GENERAL 900 E MAIN ST RICHMOND, VA 23219 | | | Litigation, Case No. GV09010523-00 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COMMONWEALTH OF VIRGINIA OFFICE OF THE ATTORNEY GENERAL 900 E MAIN ST RICHMOND, VA 23219 | | | Litigation, Case No. GV09005558-00 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CONCORDE, INC 1835 MARKET STREET, 12TH FLOOR ELEVEN PENN CENTER PHILADELPHIA, PA 19103-2994 | | | Trade Payable | | | | $469.60 |
| ACCOUNT NO. <br><br> CONTINENTAL TIRE PO BOX 60049 CHARLOTTE, NC 28260-0049 | | | Trade Payable | | X | | $1,515.10 |

Sheet no.  _8_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,984.70

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,               Case No.   **10-11238 (SMB)**
                        **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COVANTA<br>37780 EAGLE WAY<br>CHICAGO, IL 06010 | | | Trade Payable | X | | | $163,735.93 |
| ACCOUNT NO.<br><br>CURTIS CREEK RECOVERY SYSTEMS, INC.<br>23 STAHL POINT RD<br>BALTIMORE, MD 21226 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS HAULING INC<br>PO BOX 29<br>SPOTSYLVANIA, VA 22553 | | | Trade Payable | | | | $1,015.55 |
| ACCOUNT NO.<br><br>DIGITAL COPIER ASSOCIATES CORP<br>PO BOX 642111<br>PITTSBURGH, PA 15264-2111 | | | Trade Payable | | | | $462.16 |
| ACCOUNT NO.<br><br>DOREMUS AVE RECYCLING AND TRANSFER, LLC<br>442 FRELINGHUYSEN AVE<br>NEWARK, NJ 07114 | X | | Co-Debtor | X | X | X | Undetermined |

Sheet no. _9_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 165,213.64

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**     ,          Case No.  **10-11238 (SMB)**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  DOWN & DIRTY PRES 17131 SHELL CAST LOOP, #103 DUMFRIES, VA 22026 | | | Trade Payable | | X | | $560.00 |
| ACCOUNT NO.  DRECHSEL, GABRIELE 5806 MERTON CT. APT 180 ALEXANDRIA, VA 22311 | | | General Liability Insurance Claim | X | X | X | Undetermined |
| ACCOUNT NO.  E&R TRUCKING OF VIRGINIA 20488 TAPPAHANNOCK PL STERLING, VA 20165-4787 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.  ENVIROSOLUTIONS HOLDINGS, INC. 11220 ASSET LOOP, STE 201 MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.  ENVIROSOLUTIONS LEASING, LLC 11220 ASSET LOOP, STE 201 MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |

Sheet no.  _10_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 560.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,          Case No.  **10-11238 (SMB)**
_____
                            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ENVIROSOLUTIONS LOGISTICS, LLC  11220 ASSET LOOP, STE 201  MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.  ENVIROSOLUTIONS OF NEW YORK, LLC  11220 ASSET LOOP, STE 201  MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.  ENVIROSOLUTIONS REAL PROPERTY HOLDINGS, INC.  11220 ASSET LOOP, STE 201  MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.  ENVIROSOLUTIONS, INC.  11220 ASSET LOOP, STE 201  MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.  ENVIROSOLUTIONS, INC.  11220 ASSET LOOP, STE 201  MANASSAS, VA 20109 | | | Intercompany Payable | | | | $53,166,579.86 |

Sheet no. __11_ of __36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 53,166,579.86

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,           Case No.   **10-11238 (SMB)**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Co-Debtor | | | | Undetermined |
| ETW, LLC 9306 D'ARCY RD UPPER MARLBORO, MD 20774 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| EVANS, ERIC C/O EEOC WASHINGTON FIELD OFFICE 1801 L ST, NW, STE 100 WASHINGTON, DC 20507 | | | | X | X | X | |
| ACCOUNT NO. | | | Environmental Claim | | | | Undetermined |
| FAIRFAX COUNTY FAIRFAX COUNTY GOVERNMENT CENTER 12000 GOVERNMENT CENTER PKWY FAIRFAX, VA 22035 | | | | X | X | X | |
| ACCOUNT NO. | | | Trade Payable | | | | $91,999.96 |
| FAIRFAX COUNTY LANDFILL 12000 GOVERNMENT CTR PKWY SUITE 458 FAIRFAX, VA 22035-0059 | | | | X | | | |

Sheet no.  _12_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 91,999.96

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC** ,      Case No. **10-11238 (SMB)**
    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FAIRFAX COUNTY WASTEWATER MANAGEMENT DEPARTMENT OF PUBLIC WORKS AND ENVIRONMENTAL SERVICES <br> 9399 RICHMOND HIGHWAY <br> LORTON, VA 22079 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> FAIRFAX FIRE EXTINGUISHER <br> 19479 YOUNGS CLIFF RD <br> STERLING, VA 20165 | | | Trade Payable | | X | | $120.00 |
| ACCOUNT NO. <br><br> FAQUIER COUNTY <br> 6438 COLLEGE STREET <br> ATTN DAVINA E BRATCHER <br> WARRENTON, VA 20187 | | | Trade Payable | X | | | $4,822.75 |
| ACCOUNT NO. <br><br> FEDERAL EXPRESS CORPORATION <br> PO BOX 371461 <br> PITTSBURGH, PA 15250-7461 | | | Trade Payable | | X | | $58.75 |

Sheet no. _13_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 5,001.50

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**          ,          Case No.   **10-11238 (SMB)**
_____
                  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FILTERFRESH CORPORATION<br>PO BOX 37049<br>BALTIMORE, MD 21297-3049 | | | Trade Payable | | | | $56.77 |
| ACCOUNT NO.<br><br>FLEET PRIDE<br>PO BOX 281811<br>SOUTHERN REGION<br>ATLANTA, GA 30384-1811 | | | Trade Payable | | X | | $1,376.57 |
| ACCOUNT NO.<br><br>FURNACE ASSOCIATES, INC.<br>9850 FURNACE RD<br>LORTON, VA 22079 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FURNACE ASSOCIATES, INC.<br>9850 FURNACE RD<br>LORTON, VA 22079 | | | Intercompany Payable | | | | $19,932,745.66 |
| ACCOUNT NO.<br><br>GOMEZ, JOSE L | | | Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. __14_ of __36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 19,934,179.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC** ,          Case No. **10-11238 (SMB)**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GRAPHICS COMM.<br>4433 BROOKFIELD CORPORATE DR<br>SUITE F<br>CHANTILLY, VA 20151 | | | Trade Payable | | X | | $231.63 |
| ACCOUNT NO.<br><br>GREENSPRING VILLAGE, INC.<br>7410 SPRING VILLAGE DRIVE<br>SPRINGFIELD, VA 22150 | | | Trade Payable | | | | $9,995.00 |
| ACCOUNT NO.<br><br>GRIFFIN, GREGORY<br>C/O EEOC<br>WASHINGTON FIELD OFFICE<br>1801 L ST, NW, STE 100<br>WASHINGTON, DC 20507 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRIGGS, JR., BERNARD M.<br>C/O EEOC<br>WASHINGTON FIELD OFFICE<br>1801 L ST, NW, STE 100<br>WASHINGTON, DC 20507 | | | Litigation | X | X | X | Undetermined |

Sheet no. _15_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 10,226.63

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**          ,          Case No.  **10-11238 (SMB)**
                           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAQ, IT<br>1289 CORBETT PLACE<br>WOODBRIDGE, VA 22191 | | | Trade Payable | | X | | $256.17 |
| ACCOUNT NO.<br><br>HAWKINS CORPORATION | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAYWARD<br>10950 MISSION RIDGE DRIVE<br>MANASSAS, VA 20109 | | | Trade Payable | | X | | $296.80 |
| ACCOUNT NO.<br><br>HAZELTON LABORATORIES<br>9200 LEESBURG PIKE<br>VIENNA, VA 22182-1656 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HEAVY FLEET SVC.<br>12201 TAC COURT<br>MANASSAS, VA 20109 | | | Trade Payable | | X | | $112.68 |

Sheet no.  _16_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 665.65

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**       ,                    Case No.   **10-11238 (SMB)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HIDDEN LANE LANDFILL<br>DAIRY LANE<br>POTOMAC FALLS, VA 20165 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOLTZMAN CORP.<br>5534 MAIN STREET<br>PO BOX 35<br>MT JACKSON, VA 22842 | | | Trade Payable | X | | | $114,795.56 |
| ACCOUNT NO.<br><br>INGERSOLL RAND<br>800-D BEATY STREET<br>DAVIDSON, NC 28036 | | | Trade Payable | | X | | $938.11 |
| ACCOUNT NO.<br><br>INTERCALL<br>PO BOX 281866<br>ATLANTA, GA 30384-1866 | | | Trade Payable | | | | $1,018.97 |
| ACCOUNT NO.<br><br>JACKS HEAVY TRUCK REPAIR<br>13211 OLD CHURCH ROAD<br>NOKESVILLE, VA 20181 | | | Trade Payable | X | | | $5,000.00 |

Sheet no.   17  of   36  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 121,752.64

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC** ,          Case No. **10-11238 (SMB)**
                **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JOHN S. GRIGGS <br> 100 QUILLENS POINT LN <br> SMITHFIELD, VA 23430-3336 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JUNG, OK HEE <br> C/O GARVER LAW OFFICES, <br> ATTN STEVEN M. GARVER <br> 11702 BOWMAN GREEN DR <br> RESTON, VA 20195 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> K & H LAWN SERVICE <br> 8300C MERRIFIELD AVENUE <br> FAIRFAX, VA 22031-4413 | | | Trade Payable | | X | | $2,031.00 |
| ACCOUNT NO. <br><br> KELLY TEMPORARY SERVICES, INC. <br> PO BOX 820405 <br> PHILADELPHIA, PA 19182-0405 | | | Trade Payable | | | | $3,740.10 |

Sheet no. _18_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 5,771.10

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**          ,          Case No.   **10-11238 (SMB)**
                 **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KENNEDY, DAVID<br>C/O EEOC, ATTN THOMAS ALLEY<br>WASHINGTON FIELD OFFICE<br>1801 L ST, NW, STE 100<br>WASHINGTON, DC 20507 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KIM, HEE SOOK<br>C/O LAW OFFICE OF SU YONG<br>MIN, PLLC, ATTN SU YONG MIN<br>4120 LEONARD DR<br>FAIRFAX, VA 22030 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LABOR FINDERS OF VIRGINIA, INC<br>PO BOX 785<br>MANASSAS PARK, VA 20113-0785 | | | Trade Payable | | | | $836.40 |
| ACCOUNT NO.<br><br>LAND VENTURE<br>8303 QUARRY ROAD<br>MANASSAS, VA 20110 | | | Trade Payable | X | | | $1,475.00 |

Sheet no.  _19_ of  _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 2,311.40

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,                    Case No.  **10-11238 (SMB)**
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  LAWSON TRUCKING 13242 CRAB ORCHARD RD COEBURN, VA 24230-1695 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.  LOCKE, DAWN 1489 NEWTON ST. NW NO. 45 WASHINGTON, DC 20010 | | | General Liability Insurance Claim | X | X | X | Undetermined |
| ACCOUNT NO.  LOPEZ, LIND C/O ROBERT WORST KALBAUGH, PFUND, MESSERSMITH, PC 4031 UNIVERSITY DR SUITE 300 FAIRFAX, VA 22030 | | | Litigation - Co-Defendant | X | X | X | Undetermined |
| ACCOUNT NO.  LOPEZ-HERNANDEZ, EDY 2521 N GRANADA ST ARLINGTON, VA 22207 | | | Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  _20_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,          Case No.   **10-11238 (SMB)**
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LOUDOUN COMPOSTING<br>44150 WADE DRIVE<br>CHANTILLY, VA 20152 | | | Trade Payable | | X | | $1,015.70 |
| ACCOUNT NO.<br><br>LOUDOUN COUNTY<br>211 GIBSON STREET, NW<br>SUITE 123, MSC #64<br>LEESBURG, VA 20176 | | | Trade Payable | X | | | $41,426.80 |
| ACCOUNT NO.<br><br>MAHONEY, CORNELIA J<br>1931 STRASBURG RD, #12<br>FRONT ROYAL, VA 22630 | | | General Liability Insurance Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MATRIX LLC<br>19 AVENUE  D<br>JOHNSON CITY, NY 13790 | | | Trade Payable | | | | $4,645.63 |
| ACCOUNT NO.<br><br>MICHELIN TIRES<br>PO BOX 100860<br>ATLANTA, GA 30384-0860 | | | Trade Payable | X | | | $7,994.41 |

Sheet no.   21  of   36  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 55,082.54

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**    ,          Case No.  **10-11238 (SMB)**
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MID-STATES OIL <br> 7201 STANDARD DRIVE <br> HANOVER, MD 21076 | | | Trade Payable | | X | | $180.00 |
| ACCOUNT NO. <br><br> MORAN, ALBERT E. (DECEASED) | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MORAN, SARAH STOCKTON (THE ESTATE OF) | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MV PREFERRED <br> PO BOX 7247-6171 <br> C/O NORTH AMERICAN TRANSACTION <br> PHILADELPHIA, PA 19170-6171 | | | Trade Payable | | | | $4,154.98 |

Sheet no. _22_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 4,334.98

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,          Case No.  **10-11238 (SMB)**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>N. VIRGINIA SUPPLY<br>PO BOX 759125<br>BALTIMORE, MD 21275-9125 | | | Trade Payable | | X | | $270.11 |
| ACCOUNT NO.<br><br>NEALL, GEORGE M.<br>4521 FILLINGAME DR<br>CHANTILLY, VA 20151-2820 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NEW BALT. GARAGE<br>5340 LEE HIGHWAY<br>WARRENTON, VA 20187 | | | Trade Payable | | X | | $2,441.31 |
| ACCOUNT NO.<br><br>PAETEC<br>PO BOX 1317<br>BUFFALO, NY 14240-1317 | | | Trade Payable | | X | | $842.96 |
| ACCOUNT NO.<br><br>PHILIP W. SMITH RECOVERABLE TRUST | | | Environmental Claim | X | X | X | Undetermined |

Sheet no.  _23_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 3,554.38

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**      ,          Case No.   **10-11238 (SMB)**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> POTOMAC DISPOSAL SERVICES OF VIRGINIA REAL PROPERTY HOLDINGS, LLC <br> 11220 ASSET LOOP, STE 201 <br> MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> POTOMAC MACK SALES & SERVICE <br> PO BOX 389 <br> BLADENSBURG, MD 20710 | | | Trade Payable | X | | | $17,804.89 |
| ACCOUNT NO. <br><br> PRINCE WILLIAM COUNTY <br> PO BOX 2467 <br> PRINCE WILLIAM, VA 22192-2467 | | | Trade Payable | X | | | $16,290.00 |
| ACCOUNT NO. <br><br> QUARLES FUEL <br> PO BOX 7327 <br> FREDERICKSBURG, VA 22404-7327 | | | Trade Payable | X | | | $15,000.00 |

Sheet no.   24  of   36  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 49,094.89

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**         ,
Case No.   **10-11238 (SMB)**
**Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>QUILL<br>PO BOX 94081<br>PALATINE, IL 60094-4081 | | | Trade Payable | | X | | $171.45 |
| ACCOUNT NO.<br><br>QUILL CORPORATION<br>100 SCHELTER ROAD<br>LINCOLNSHIRE, IL 80069 | | | Trade Payable | | | | $279.28 |
| ACCOUNT NO.<br><br>RC HERZIG INC.<br>8318 BETHLEHEM RD<br>MANASSAS, VA 20109-2712 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RECYCLE AMERICA<br>3000 CHESTNUT AVENUE<br>SUITE 101<br>BALTIMORE, MD 21211 | | | Trade Payable | X | | | $81.10 |
| ACCOUNT NO.<br><br>REXEL / BRANCH<br>PO BOX 2182<br>PHILADELPHIA, PA 19175-2182 | | | Trade Payable | | X | | $168.75 |

Sheet no. _25_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 700.58

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**    ,          Case No.   **10-11238 (SMB)**
                      **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RHOADS, BRIAN <br> 12350 BRISTOW RD <br> BRISTOW, VA 20136 | | | Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br> RIVER CITIES DISPOSAL, LLC <br> 1837 RIVER CITIES DR <br> ASHLAND, KY 41102 | X | | Co-Debtor | X | X | X | Undetermined |
| ACCOUNT NO. <br> ROBERTS OXYGEN <br> 15830 REDLAND ROAD <br> PO BOX 5507 <br> ROCKVILLE, MD 20855 | | | Trade Payable | | X | | $674.05 |
| ACCOUNT NO. <br> ROBERTS OXYGEN <br> PO BOX 5507 <br> ROCKVILLE, MD 20855 | | | Trade Payable | | X | | $197.65 |
| ACCOUNT NO. <br> RODGERS EXCAVATING CO. INC. <br> 3129 COLVIN RD <br> AMISSVILLE, VA 20106 | | | Environmental Claim | X | X | X | Undetermined |

Sheet no.  _26_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 871.70

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**          ,          Case No.  **10-11238 (SMB)**
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROSSLYN TIRE<br>8320 LEE HWY<br>FAIRFAX, VA 22031 | | | Trade Payable | | X | | $16.00 |
| ACCOUNT NO.<br><br>ROWE, TERESA<br>9575 ELIHA HILL ROAD<br>MARSHALL, VA 20115 | | | General Liability Insurance Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAFETY KLEEN<br>5400 LEGACY DRIVE<br>CLUSTER II BUILDING<br>PLANO, TX 75024 | | | Trade Payable | | X | | $305.90 |
| ACCOUNT NO.<br><br>SAINT GERMAIN CATERERS<br>8453 H TYCO ROAD<br>VIENNA, VA 22182 | | | Trade Payable | | | | $51.66 |
| ACCOUNT NO.<br><br>SERVICE TIRE<br>1402 RITCHIE-MARLBORO ROAD<br>CAPITOL HEIGHTS, MD 20772 | | | Trade Payable | | X | | $52.00 |

Sheet no.  _27_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 425.56

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC** ,          Case No. **10-11238 (SMB)**
                                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Trade Payable | | | | $135.00 |
| SHRED-IT USA INC 850 EAST GUDE DRIVE, STE H ROCKVILLE, MD 20850 | | | | | | | |
| ACCOUNT NO. | | | Trade Payable | | | | $145.00 |
| SIGNIUS PO BOX 300609 HOUSTON, TX 77230-0609 | | | | | | | |
| ACCOUNT NO. | | | Workers Compensation Claim | | | | Undetermined |
| SLOAN, NORWOOD 4515 KINGSLEY RD DALE CITY, VA 22193 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| SLOAN, NORWOOD C/O EEOC WASHINGTON FIELD OFFICE 1801 L ST, NW, STE 100 WASHINGTON, DC 20507 | | | | X | X | X | |

Sheet no. _28_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 280.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**          ,          Case No. **10-11238 (SMB)**
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SMITH, PHILLIP W. (DECEASED) | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SNYDER, SCOTT<br>C/O THOMAS MORRISON<br>3930 WALNUT STREET<br>SUITE 250<br>FAIRFAX, VA 22030 | | | General Liability Insurance Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SNYDER, SCOTT<br>C/O THOMAS MORRISON<br>3930 WALNUT STREET<br>SUITE 250<br>FAIRFAX, VA 22030 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOLID WASTE TRANSFER AND RECYCLING, INC.<br>442 FRELINGHUYSEN AVE<br>NEWARK, NJ 07114 | X | | Co-Debtor | X | X | X | Undetermined |

Sheet no. _29_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**      ,        Case No.  **10-11238 (SMB)**
                       **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SOLUTEX, INC <br> 22800 EXECUTIVE DRIVE <br> SUITE 180 <br> STERLING, VA 20166 | | | Trade Payable | | | | $729.75 |
| ACCOUNT NO. <br><br> STAFFORD <br> ATTN FINANCE <br> PO BOX 339 <br> STAFFORD, VA 22555-0339 | | | Trade Payable | | X | | $314.22 |
| ACCOUNT NO. <br><br> STEPHENS, JAMES A. <br> C/O EEOC <br> WASHINGTON FIELD OFFICE <br> 1801 L ST, NW, STE 100 <br> WASHINGTON, DC 20507 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STI ROLL-OFF, LLC <br> 9650 HAWKINS RD <br> MANASSAS, VA 20109 | X | | Co-Debtor | X | X | X | Undetermined |

Sheet no.  _30_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,043.97

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**    ,          Case No. __10-11238 (SMB)_____
                         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> STI ROLL-OFF, LLC <br> 9650 HAWKINS RD <br> MANASSAS, VA 20109 | | | Intercompany Payable | | | | $4,992,832.34 |
| ACCOUNT NO. <br><br> TERMINIX <br> 7475 OLD ALEXANDRIA FERRY ROAD <br> CLINTON, MD 20735 | | | Trade Payable | X | | | $133.00 |
| ACCOUNT NO. <br><br> THOMAS K. BERGER, ESQ <br> COUNSEL TO CARR, MORRIS & GRAEFF <br> 8300 BOONE BOULEVARD, STE 250 <br> VIENNA, VA 22182 | | | Trade Payable | | X | | $129.00 |
| ACCOUNT NO. <br><br> THORTON SERVICE <br> 120 W HAMPTON AVENUE <br> CAPITOL HEIGHTS, MD 20743-3516 | | | Trade Payable | | X | | $439.00 |

Sheet no. __31_ of __36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 4,993,533.34

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC** ,          Case No. **10-11238 (SMB)**
                                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TOWN OF FALLS CHURCH <br> 300 PARK AVE <br> FALLS CHURCH, VA 22046 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TOWN OF HERNDON <br> PO BOX 427 <br> HERNDON, VA 20172-0427 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TOWN OF VIENNA <br> VIENNA TOWN HALL <br> 127 CENTER ST, SOUTH <br> VIENNA, VA 22180 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TRANSAXLE <br> PO BOX 2306 <br> CINNAMINSON, NJ 08077 | | | Trade Payable | | X | | $1,802.80 |
| ACCOUNT NO. <br><br> TREAS.COMM.-VA. <br> DGS FISCAL SERVICES <br> PO BOX 562 <br> RICHMOND, VA 23218-0562 | | | Trade Payable | | X | | $10.58 |

Sheet no. _32_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,813.38

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**          ,          Case No. __10-11238 (SMB)__
                         **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TRUCK ENTERPRISES<br>9599 HAWKINS DRIVE<br>MANASSAS, VA 20109 | | | Trade Payable | | X | | $7,163.27 |
| ACCOUNT NO.<br><br>US BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE<br>EP-MN-WS3C<br>60 LIVINGSTON AVE<br>ST PAUL, MN 55107-1419 | X | | Senior Subordinated Notes - Guarantor | | | | $41,700,000.00 |
| ACCOUNT NO.<br><br>USEPA, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br>ARIEL RIOS BUILIDNG<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20460 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>USGS NATIONAL CENTER<br>12201 SUNRISE VALLEY DR<br>RESTON, VA 20192 | | | Environmental Claim | X | X | X | Undetermined |

Sheet no. __33_ of _36__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 41,707,163.27

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**          ,          Case No.  **10-11238 (SMB)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY 629 EAST MAIN STREET RICHMOND, VA 23240 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY NORTHERN VIRGINIA REGIONAL OFFICE 13901 CROWN COURT WOODBRIDGE, VA 22193 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VOHRA, SANJEEV 209 CAMERON STATION BLVD ALEXANDRIA, VA 22304 | | | General Liability Insurance Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> W. TODD SKAGGS AS COLLATERAL AGENT 1726 BEVERLY BLVD ASHLAND, KY 41101 | X | | Prepetition Second Lien Notes and all related UCC filings - Guarantor | | | | $23,300,000.00 |

Sheet no.  **34** of  **36** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 23,300,000.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Potomac Disposal Services of Virginia, LLC**        ,        Case No.   **10-11238 (SMB)**
              **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WAGGY'S TOWING <br> PO BOX 185 <br> DUMFRIES, VA 22026 | | | Trade Payable | | X | | $395.00 |
| ACCOUNT NO. <br><br> WALKERS CARPET CARE <br> 9046 EUCLID AVENUE <br> MANASSAS, VA 20110 | | | Trade Payable | | | | $2,423.00 |
| ACCOUNT NO. <br><br> WASTE MANAGEMENT <br> 1001 FANNIN ST, STE 4000 <br> HOUSTON, TX 77002-6711 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WISER TRUCKING AKA FAIRFAX TRUCKING, INC. <br> 3849 PICKETT RD <br> FAIRFAX, VA 22031-3605 | | | Environmental Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WISER, ELMER <br> 3769-D PICKETT RD <br> FAIRFAX, VA 22031 | | | Environmental Claim | X | X | X | Undetermined |

Sheet no. _35_ of _36_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,818.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Potomac Disposal Services of Virginia, LLC**         ,          Case No.   **10-11238 (SMB)**
                                    **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WMI <br> PO BOX 13648 <br> PHILADELPHIA, PA 19101-3648 | | | Trade Payable | X | | | $49,138.77 |
| ACCOUNT NO. <br><br> XEROX CORPORATION <br> PO BOX 827598 <br> PHILADELPHIA, PA 19182-7598 | | | Trade Payable | | X | | $6,984.36 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _36_ of _36_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 56,123.13

Total ▶ | $ 144,203,767.06
(Use only on last page of the completed Schedule F.)    + undetermined amounts
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Potomac Disposal Services of Virginia, LLC          ,          Case No.   10-11238 (SMB)
                              **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide
the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John
Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ACC BUSINESS<br>400 WEST AVENUE<br>ROCHESTER, NY 14611 | AT&T Agreement dated 3/16/06 |
| ALMOST HEAVEN NATURAL SPRING WATER<br>9056 EUCLID AVENUE<br>MANASSAS, VA 20110 | Equipment Lease |
| AT&T WIRELESS<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ 08807 | AT&T Agreement dated 3/16/06 |
| CINTAS<br>PO BOX 1475<br>CULPEPPER, VA 22701 | Uniform Service Agreement |
| COVANTA ALEXANDRIA/ARLINGTON, INC<br>5301 EISENHOWER AVE<br>ALEXANDRIA, VA 22304 | Waste Delivery Agreement dated 7/1/08 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS ADMINISTRATIVE AGENT<br>60 WALL ST<br>NEW YORK, NY 10005 | Senior Credit Agreement with Potomac Disposal Services of Virginia, LLC (as Guarantor) |

In re   Potomac Disposal Services of Virginia, LLC          ,          Case No.   10-11238 (SMB)
           **Debtor**                                                           **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DRIVERS, CHAUFFEURS AND HELPERS, TEAMSTERS LOCAL UNION NO. 639 3100 AMES PLACE, NE WASHINGTON, DC 20018 | Union Agreement dated 2/26/08 |
| FAIRFAX COUNTY DIVISION OF SOLID WASTE 12000 GOVERNMENT CENTER PKWY SUITE 458 FAIRFAX, VA 22035 | Waste Delivery/Disposal Agreeement dated 7/1/09 |
| GOODE REFRIGERATION, INC. 12289 LIVINGSTON ROAD MANASSAS, VA 20109 | Appliance Service Agreement |
| L&L DELIVERY, INC. 7113 LINEWEAVER RD WARRENTON, VA 20187 | Vending Machine Service Agreement |
| LEXON INSURANCE COMPANY (AKA BOND SAFEGUARD INSURANCE COMPANY) 1919 S HIGHLAND AVE, BLDG A, STE 300 LOMBARD, IL 60148 | Indemnity Agreement dated 9/25/08 |
| MEHAN, CONRAD C/O ENVIROSOLUTIONS, INC. 11220 ASSETT LOOP, STE 201 MANASSAS, VA 20109 | Employment Agreement dated 1/1/04 |
| MERRIFIELD METRO CETNER, LLC 8645 MATHIS AVE SUITE 102 MANASSAS, VA 20110 | Lease Agreement dated 12/29/06 |

In re   Potomac Disposal Services of Virginia, LLC           ,          Case No.   10-11238 (SMB)
              **Debtor**                                                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NASSAU FOUR, LLC<br>C/O J ALLEN KOSOWSKY, CPA, PC, OPERATING MANAGER<br>85 WILLOUGHBY RD<br>SHELTON, CT 06484 | Joint and Several Guaranty of Collection dated 5/22/08 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY<br>720 EAST WISCONSIN AVE<br>ATTN SECURITIES DEPARTMENT<br>MILWAUKEE, WI 53202 | 12.50% Senior Subordinated Note Indenture dated 7/7/05 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY<br>720 EAST WISCONSIN AVE<br>ATTN SECURITIES DEPARTMENT<br>MILWAUKEE, WI 53202 | Purchase Agreement related to the 12.50% Senior Subordinated Notes Due 2015 |
| PREMIER TURF & LANDSCAPING<br>PO BOX 996<br>HAYMARKET, VA 20168 | Grounds Maintenance Service Agreement |
| SKAGGS, ANDREW T<br>1601 LAWRENCE AVENUE<br>ASHLAND, KY 41102 | Joint and Several Guaranty of Collection dated 5/22/08 |
| SKAGGS, W TODD<br>1726 BEVERLY BOULEVARD<br>ASHLAND, KY 41101 | Joint and Several Guaranty of Collection dated 5/22/08 |
| SOURCE H2O<br>PO BOX 37049<br>BALTIMORE, MD 21297 | Tank Rental Agreement |

In re   Potomac Disposal Services of Virginia, LLC          ,          Case No.   10-11238 (SMB)
                                    Debtor                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TERMINIX<br>7475 OLD ALEXANDRIA FERRY ROAD<br>ALEXANDRIA, VA 20735 | Pest Control Agreement |
| US BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE<br>EP-MN-WS3C<br>60 LIVINGSTON AVE<br>ST PAUL, MN 55107-1419 | 12.50% Senior Subordinated Note Indenture dated 7/7/05 (Guarantor) |
| US LEC OF VIRGINIA, LLC<br>6801 MORRISON BLVD<br>CHARLOTTE, NC 28211 | Service Agreement |
| US LEC OF VIRGINIA, LLC<br>6801 MORRISON BLVD<br>CHARLOTTE, NC 28211 | Service Agreement dated 10/20/06 |
| WALKER'S CARPET CARE & JANITORIAL SERVICE<br>9046 EUCLID AVENUE<br>PO BOX 1331<br>MANASSAS, VA 22110 | Building Cleaning Service Agreement |
|  |  |
|  |  |

In re    **Potomac Disposal Services of Virginia, LLC**    ,                    Case No.   **10-11238 (SMB)**
                           **Debtor**                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See Attached Rider | |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| 9304 D' Arcy, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Ameriwaste, LLC<br>7130 Kit Kat Rd<br>Elkridge, MD 21075 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Ashland Investments, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Big Run Coal and Clay Company, Inc.<br>1837 River Cities Dr<br>Ashland, KY 41102 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| BR Landfill, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| BR Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Capels Landfill, LLC<br>530 Copper Ridge Rd<br>Welch, WV 24801 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Curtis Creek Recovery Systems, Inc.<br>23 Stahl Point Rd<br>Baltimore, MD 21226 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Doremus Ave Recycling and Transfer, LLC<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| EnviroSolutions Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| EnviroSolutions Leasing, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| EnviroSolutions Logistics, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| EnviroSolutions of New York, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| EnviroSolutions Real Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| EnviroSolutions, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| ETW, LLC<br>9306 D'Arcy Rd<br>Upper Marlboro, MD 20774 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Furnace Associates, Inc.<br>9850 Furnace Rd<br>Lorton, VA 22079 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |

**In re: Potomac Disposal Services of Virginia, LLC**

## Schedule H - Co-Debtors

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| Potomac Disposal Services of Virginia Real Property Holdings, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| River Cities Disposal, LLC<br>1837 River Cities Dr<br>Ashland, KY 41102 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| Solid Waste Transfer and Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| STI Roll-Off, LLC<br>9650 Hawkins Rd<br>Manassas, VA 20109 | Deutsche Bank Trust Company Americas<br>60 Wall St<br>New York, NY 10005 |
| 9304 D' Arcy, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Ameriwaste, LLC<br>7130 Kit Kat Rd<br>Elkridge, MD 21075 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Ashland Investments, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Big Run Coal and Clay Company, Inc.<br>1837 River Cities Dr<br>Ashland, KY 41102 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| BR Landfill, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| BR Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Capels Landfill, LLC<br>530 Copper Ridge Rd<br>Welch, WV 24801 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Curtis Creek Recovery Systems, Inc.<br>23 Stahl Point Rd<br>Baltimore, MD 21226 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Doremus Ave Recycling and Transfer, LLC<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| EnviroSolutions Leasing, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| EnviroSolutions Logistics, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| EnviroSolutions of New York, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| EnviroSolutions Real Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| EnviroSolutions, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| ETW, LLC<br>9306 D'Arcy Rd<br>Upper Marlboro, MD 20774 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Furnace Associates, Inc.<br>9850 Furnace Rd<br>Lorton, VA 22079 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Potomac Disposal Services of Virginia Real Property Holdings, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| River Cities Disposal, LLC<br>1837 River Cities Dr<br>Ashland, KY 41102 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| Solid Waste Transfer and Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| STI Roll-Off, LLC<br>9650 Hawkins Rd<br>Manassas, VA 20109 | Lexon Insurance Company (aka Bond Safeguard Insurance Company)<br>1919 S Highland Ave, Bldg A, Ste 300<br>Lombard, IL 60148 |
| 9304 D' Arcy, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| Ameriwaste, LLC<br>7130 Kit Kat Rd<br>Elkridge, MD 21075 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Ashland Investments, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Big Run Coal and Clay Company, Inc.<br>1837 River Cities Dr<br>Ashland, KY 41102 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| BR Landfill, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| BR Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Capels Landfill, LLC<br>530 Copper Ridge Rd<br>Welch, WV 24801 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Curtis Creek Recovery Systems, Inc.<br>23 Stahl Point Rd<br>Baltimore, MD 21226 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Doremus Ave Recycling and Transfer, LLC<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| EnviroSolutions Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| EnviroSolutions Leasing, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| EnviroSolutions Logistics, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| EnviroSolutions of New York, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| EnviroSolutions Real Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| EnviroSolutions, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| ETW, LLC<br>9306 D'Arcy Rd<br>Upper Marlboro, MD 20774 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Furnace Associates, Inc.<br>9850 Furnace Rd<br>Lorton, VA 22079 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Potomac Disposal Services of Virginia Real Property Holdings, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| River Cities Disposal, LLC<br>1837 River Cities Dr<br>Ashland, KY 41102 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| Solid Waste Transfer and Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| STI Roll-Off, LLC<br>9650 Hawkins Rd<br>Manassas, VA 20109 | Nassau Four, LLC<br>c/o J. Allen Kosowsky, CPA, PC, Operating Manager<br>85 Willoughby Rd<br>Shelton, CT 06484 |
| 9304 D' Arcy, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Ameriwaste, LLC<br>7130 Kit Kat Rd<br>Elkridge, MD 21075 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Ashland Investments, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Big Run Coal and Clay Company, Inc.<br>1837 River Cities Dr<br>Ashland, KY 41102 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| BR Landfill, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| BR Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Capels Landfill, LLC<br>530 Copper Ridge Rd<br>Welch, WV 24801 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| Curtis Creek Recovery Systems, Inc.<br>23 Stahl Point Rd<br>Baltimore, MD 21226 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Doremus Ave Recycling and Transfer, LLC<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| EnviroSolutions Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| EnviroSolutions Leasing, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| EnviroSolutions Logistics, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| EnviroSolutions of New York, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| EnviroSolutions Real Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| EnviroSolutions, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| ETW, LLC<br>9306 D'Arcy Rd<br>Upper Marlboro, MD 20774 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Furnace Associates, Inc.<br>9850 Furnace Rd<br>Lorton, VA 22079 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Potomac Disposal Services of Virginia Real Property Holdings, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| River Cities Disposal, LLC<br>1837 River Cities Dr<br>Ashland, KY 41102 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| Solid Waste Transfer and Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| STI Roll-Off, LLC<br>9650 Hawkins Rd<br>Manassas, VA 20109 | Northwestern Mutual Life Insurance Company<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 |
| 9304 D' Arcy, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Ameriwaste, LLC<br>7130 Kit Kat Rd<br>Elkridge, MD 21075 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| Ashland Investments, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Big Run Coal and Clay Company, Inc.<br>1837 River Cities Dr<br>Ashland, KY 41102 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| BR Landfill, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| BR Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Capels Landfill, LLC<br>530 Copper Ridge Rd<br>Welch, WV 24801 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Curtis Creek Recovery Systems, Inc.<br>23 Stahl Point Rd<br>Baltimore, MD 21226 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Doremus Ave Recycling and Transfer, LLC<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| EnviroSolutions Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| EnviroSolutions Leasing, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| EnviroSolutions Logistics, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| EnviroSolutions of New York, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| EnviroSolutions Real Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| EnviroSolutions, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| ETW, LLC<br>9306 D'Arcy Rd<br>Upper Marlboro, MD 20774 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Furnace Associates, Inc.<br>9850 Furnace Rd<br>Lorton, VA 22079 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| Potomac Disposal Services of Virginia Real Property Holdings, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| River Cities Disposal, LLC<br>1837 River Cities Dr<br>Ashland, KY 41102 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| Solid Waste Transfer and Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| STI Roll-Off, LLC<br>9650 Hawkins Rd<br>Manassas, VA 20109 | Skaggs, Andrew T.<br>1601 Lawrence Ave<br>Ashland, KY 41102 |
| 9304 D' Arcy, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Ameriwaste, LLC<br>7130 Kit Kat Rd<br>Elkridge, MD 21075 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Ashland Investments, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Big Run Coal and Clay Company, Inc.<br>1837 River Cities Dr<br>Ashland, KY 41102 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| BR Landfill, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| BR Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Capels Landfill, LLC<br>530 Copper Ridge Rd<br>Welch, WV 24801 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Curtis Creek Recovery Systems, Inc.<br>23 Stahl Point Rd<br>Baltimore, MD 21226 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Doremus Ave Recycling and Transfer, LLC<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| EnviroSolutions Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| EnviroSolutions Leasing, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| EnviroSolutions Logistics, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| EnviroSolutions of New York, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| EnviroSolutions Real Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| EnviroSolutions, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| ETW, LLC<br>9306 D'Arcy Rd<br>Upper Marlboro, MD 20774 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Furnace Associates, Inc.<br>9850 Furnace Rd<br>Lorton, VA 22079 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Potomac Disposal Services of Virginia Real Property Holdings, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| River Cities Disposal, LLC<br>1837 River Cities Dr<br>Ashland, KY 41102 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| Solid Waste Transfer and Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| STI Roll-Off, LLC<br>9650 Hawkins Rd<br>Manassas, VA 20109 | US Bank National Association as Indenture Trustee<br>EP-MN_WS3C<br>60 Livingston Ave<br>St Paul, MN 55107-1419 |
| 9304 D' Arcy, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Advanced Enterprises Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Ameriwaste, LLC<br>7130 Kit Kat Rd<br>Elkridge, MD 21075 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Ashland Investments, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |

**In re: Potomac Disposal Services of Virginia, LLC**

**Schedule H - Co-Debtors**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| Big Run Coal and Clay Company, Inc.<br>1837 River Cities Dr<br>Ashland, KY 41102 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| BR Landfill, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| BR Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Capels Landfill, LLC<br>530 Copper Ridge Rd<br>Welch, WV 24801 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Curtis Creek Recovery Systems, Inc.<br>23 Stahl Point Rd<br>Baltimore, MD 21226 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Doremus Ave Recycling and Transfer, LLC<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| EnviroSolutions Leasing, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| EnviroSolutions Logistics, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| EnviroSolutions of New York, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| EnviroSolutions Real Property Holdings, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| EnviroSolutions, Inc.<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| ETW, LLC<br>9306 D'Arcy Rd<br>Upper Marlboro, MD 20774 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Furnace Associates, Inc.<br>9850 Furnace Rd<br>Lorton, VA 22079 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Potomac Disposal Services of Virginia Real Property Holdings, LLC<br>11220 Asset Loop, Ste 201<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| River Cities Disposal, LLC<br>1837 River Cities Dr<br>Ashland, KY 41102 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| Solid Waste Transfer and Recycling, Inc.<br>442 Frelinghuysen Ave<br>Newark, NJ 07114 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |
| STI Roll-Off, LLC<br>9650 Hawkins Rd<br>Manassas, VA 20109 | W. Todd Skaggs as Collateral Agent<br>1726 Beverly Blvd<br>Ashland, KY 41101 |

In re **Potomac Disposal Services of Virginia, LLC ,**
                 **Debtor (if known)**

Case No. **10-11238 (SMB)**
                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                                            Debtor

Date _____          Signature: _____
                                                                                                   (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                            Social Security No.
of Bankruptcy Petition Preparer                                        (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X_____          _____
 Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Vice President & Assistant Secretary** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ **corporation** _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of_____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/16/2010** _____          Signature: **/s/ Marc L. Bourhis** _____

                                                                     **Marc L. Bourhis, Vice President & Assistant Secretary**
                                                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.